FILED

NOV 27 2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB                   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR 3177-BTM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) |
| DIEGO ROBLEDO-PENA, | ) | - Deported Alien Found in the United States |
| Defendant. | ) | (Felony) |

The United States Attorney charges:

On or about October 19, 2007, within the Southern District of California, defendant DIEGO ROBLEDO-PENA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 11/27/07

KAREN P. HEWITT
United States Attorney

*for* REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
11/01/2007